**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1562-VAP (OPx)                              Date:  January 14, 2009

Title:       CARMEN SANCHEZ -v- RECONTRUST COMPANY, et al.
================================================================
PRESENT:         HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                                          None Present
         Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                   DEFENDANTS:

         None                                          None

PROCEEDINGS:      MINUTE ORDER GRANTING MOTION TO DISMISS
                  WITHOUT PREJUDICE (IN CHAMBERS)

      The Court has received and considered all papers filed in support of Defendant Recontrust Company's "Motion to Dismiss Complaint or, in the Alternative, for More Definite Statement" ("Motion").  Defendant's Motion is appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P. 78; L. R. 7-15.  The hearing set for the matter on January 26, 2009 at 10:00 a.m. is VACATED.

      Defendant filed its Motion on November 11, 2008 to be heard on January 26, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Carmen Sanchez is represented by counsel and filed no timely opposition.

      Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the

EDCV 08-1562-VAP (OPx)
CARMEN SANCHEZ v RECONTRUST COMPANY, et al.
MINUTE ORDER of January 14, 2009

Motion.  Accordingly, Plaintiff's Complaint is dismissed without prejudice.

   **IT IS SO ORDERED.**