1  JS - 6
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 CARMEN SANCHEZ,              )   Case No. EDCV 08-1562-VAP
                                )   (OPx)
12            Plaintiff,        )
                                )   **JUDGMENT**
13     v.                       )
                                )
14 RECONTRUST COMPANY, DOE      )
   1, and DOES 2-50,            )
15 inclusive,                   )
                                )
16            Defendants.       )
17 _____  )

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
19      Pursuant to the Order filed herewith, IT IS ORDERED
20 AND ADJUDGED that Plaintiff's Complaint is DISMISSED
21 WITHOUT PREJUDICE.  The Court orders that such judgment
22 be entered.
23
24
25 Dated:  January 14, 2009          _____
26                                        VIRGINIA A. PHILLIPS
                                      United States District Judge
27
28